UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAKEE S. ABDUL-MALIK,<br><br>Petitioner,<br><br>v.<br><br>RAYMOND MADDEN, Warden,<br><br>Respondent. | NO. CV 16-620-JSO (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge and the Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) Respondent's motion to dismiss is granted; and (2) the Petition for Writ of Habeas Corpus is denied as untimely.

DATED: December 8, 2016.

_____
S. JAMES OTERO
United States District Judge