UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAKEE S. ABDUL-MALIK,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RAYMOND MADDEN, Warden,<br><br>　　　　Respondent. | NO. CV 16-620-SJO (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that judgment be entered denying the Petition for Writ of Habeas Corpus as untimely.

DATED: December 8, 2016

_____
S. JAMES OTERO
United States District Judge